**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000806**
**12-JUN-2026**
**08:27 AM**
**Dkt. 102 ODSLJ**

NO. CAAP-24-0000806

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROBERT CRAIG KERN, Plaintiff-Appellee,
v.
SHANETTE BANNISTER, Defendant-Appellant,
and JOHN DOES 1-10; JANE DOES 1-10; DOES PARTNERSHIPS 1-10;
DOE CORPORATIONS; DOE GOVERNMENTAL ENTITIES 1-10;
and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-23-0000344)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

1.   On May 14, 2026, we temporarily remanded this case to the circuit court for entry of an appealable judgment;

2.   The circuit court entered the *Amended Judgment* on June 4, 2026; and

3.   The Amended Judgment "directs that the following judgment be entered as a final judgment, pursuant to HRCP Rule 54(b)" but it is not final or appealable because it contemplates adding "eviction costs" to the judgment, does not liquidate the amount Defendant-Appellant Shanette Bannister owes for unpaid rent after February 28, 2024, and allows Plaintiff-Appellee Robert Craig Kern to "file a claim for any property damage occurring after August 27, 2024," the stated effective date of the "writ of possession and judgment of possession."

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.  No judgment will be entered. See Hawaiʻi Rules of Appellate Procedure Rule 36(b)(1).

DATED: Honolulu, Hawaiʻi, June 12, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge